E-FILED
Monday, 26 October, 2026 04:37:22 PM
Clerk, U.S. District Court, ILCD

**IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

CARLI J. MILLER,
Plaintiff,

v.

SGT RONALD ATKINS; SHERIFF JAMES ROOT; SGT JASON BROWN; DEPUTY ADAMS; MACON COUNTY, ILLINOIS; CITY OF DECATUR, ILLINOIS; UNKNOWN DEFENDANTS 1-3,
Defendants.

Case No. 2:26-cv-02331-JEH-RLH

**Order**

The Plaintiff Carli J. Miller has filed a Complaint (D. 1) against Defendants Sgt Ronald Atkins, Sheriff James Root, Sgt Jason Brown, Deputy C.J. Adams, Macon County, City of Decatur, Sgt Pope, Deputy Pat Smith, Warden Homer, Warden Sheets, Warden Clem, and Amanda Doe alleging an unlawful seizure and malicious prosecution, an unconstitutional retaliatory arrest, and a violation of Title II of the Americans with Disabilities Act.[1] On October 10, 2026, the Plaintiff filed a Motion to Proceed IFP. (D. 2). This Motion (D. 2) is now MOOT in light of the Plaintiff filing an Amended Motion to Procced IFP that same day. (D. 3). Now before the Court is the Plaintiff's Amended Motion to Proceed IFP (D. 3).

The Plaintiff moves to proceed IFP pursuant to 28 U.S.C. § 1915(a)(1). She submitted an affidavit signed under penalty of perjury which sufficiently

[1] Citations to the electronic docket are abbreviated as "D. ___ at ECF p. ___."

demonstrates that [s]he is unable to pay the costs of the proceeding. Her Motion to Proceed IFP is therefore GRANTED.

IT IS ORDERED:

1) The Clerk of the Court shall prepare (1) a notice of lawsuit and request to waive service of a summons, (2) two copies of the waiver of the service of summons, one of which is to be signed by the Defendants or their counsel and returned to the court within sixty days, and (3) a copy of the Complaint and a copy of this Order. These items shall be mailed to the Defendants at the address shown on the Complaint. If the Clerk needs an address, direct the Plaintiff to provide the address.
2) This case is now in the process of service. The Plaintiff is advised to wait until counsel has appeared for the Defendants before filing any motions so that the Defendants have notice and an opportunity to respond to those motions. Motions filed before defense counsel has filed an appearance will generally be denied as prematurely filed.
3) The Plaintiff shall immediately notify the Court of any change in her mailing address or telephone number. The Plaintiff's failure to notify the Court of any change in mailing address or telephone number will result in dismissal of this lawsuit with prejudice.

*It is so ordered.*

Entered on October 26, 2026

s/Jonathan E. Hawley
U.S. DISTRICT JUDGE